Burke *v.* Wilkes-Barre Township School District (No. 2).

Argued Jan. 11, 1905.   Appeal, No. 51, Jan. T., 1905, by Mary Burke, from judgment of C. P. Luzerne Co., Dec. T., 1901, No. 186, on verdict for plaintiff in case of Mary Burke *v.* The School District of the Township of Wilkes-Barre. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ.   Affirmed.

OPINION BY BEAVER, J., April 17, 1905 :

This case, in which the plaintiff is sister to the plaintiff in No. 50, January Term 1905, ante, p. 16, is similar in all respects to that, except as to the matter of monthly compensation.  The cases were tried together and what is said in the previous case applies equally to this.

For the reasons stated in the opinion filed in the former case, the plaintiff was entitled to recover the smaller amount in this.  The judgment is, therefore, affirmed.